IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MICHAEL REARICK

Criminal No. 25- |4

(18 U.S.C §§ 2423(a) and (f) and 2423(b) and (f))

**[UNDER SEAL]**

## INDICTMENT

## COUNT ONE

The grand jury charges:

From on or about April 21, 2023, until on or about April 23, 2023, in the Western District of Pennsylvania and elsewhere, the defendant, MICHAEL REARICK, did knowingly transport Minor 1, an individual who had not attained the age of 18 years and whose identity is known to the grand jury, in interstate and foreign commerce, from Pennsylvania to Canada, with the intent that Minor 1 engage in sexual activity for which any person can be charged with a criminal offense, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2423(a) and 2423(f).

## COUNT TWO

The grand jury further charges:

From on or about April 21, 2023, until on or about April 23, 2023, in the Western District of Pennsylvania and elsewhere, the defendant, MICHAEL REARICK, did travel in interstate and foreign commerce, from Pennsylvania to Canada, with intent to engage in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with another person, Minor 1, an individual who had not attained the age of 18 years and whose identity is known to the grand jury, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2423(b) and 2423(f).

## FORFEITURE ALLEGATIONS

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant MICHAEL REARICK that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Sections 2428(a)(1) and 2428(b)(1)(A), in the event of the defendant's conviction under Counts One or Two of this Indictment.

2.      As a result of the commission of the violations of Title 18, United States Code, Sections 2423(a), 2423(b), and 2423(f), as charged in Counts One and Two of this Indictment, the following property, which was used to commit or to facilitate the commission of said violations (hereinafter collectively referred to as the "Subject Property") is to be forfeited:

a.      One (1) Samsung Cellular Telephone: SM-G960U / IMEI 359943090267566; and

b.      One (1) Lenovo ThinkPad. Serial Number: K9-07E7NB.

WHEREFORE, the government seeks forfeiture of the Subject Property pursuant to Title 18, United States Code, Sections 2428(a)(1) and 2428(b)(1)(A).

A True Bill,

FOREPERSON

ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

HEIDI M. GROGAN
Assistant United States Attorney
PA ID No. 203184

3